INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

Green, Carmen

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

SMC CORPORATION OF AMERICA, MADDISON MORALES,
KELLEY L STACY, CHRISTINE CASTILLE,
BRIAN SPICE, ROBERT A DEAKIN, ANGELA SIMS
et, al
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  1:25-cv-803-JPH-TAB
_____
*(to be filled in by the Clerk's Office)*

**FILED**

**04/27/2025**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**Demand for Jury Trial**    ☒ **Yes**    ☐ **No**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number.  A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

## I.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

**B.**    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title VII of the Civil Rights 1964,1983 and, 1981, 43 U.S.C. 2000e-3(a)); IC 35-42-4-8, IC 35-42-2-1, Hostile work Environment, Retaliation. sexual harassment, Harassment 35-45-10-2, 35-42-4-8, Discrimination, Wrongful Termination, whistleblowing, toxic work environment, etc.

**C.**    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see attachment

Page 2 of 6

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Carmen Green |
| Address | 10254 Toll House Way |
| | Fishers          Indiana     46037 |
| | *City*          *State*          *Zip Co* |
| County | Hamilton |
| Telephone Number | 317-519-2399 |
| E-Mail Address | zamariascastle@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kelly L Stacy |
| Job or Title *(if known)* | CEO/ president |
| Address | 10100 SMC Blvd, |
| | Noblesville          Indiana     46060 |
| | *City*          *State*          *Zip Code* |
| County | Hamilton |
| Telephone Number | 317- 688-0114 |
| E-Mail Address *(if known)* | stacy.kelly@smc.com |

[X] Individual capacity     [X] Official capacity

Page 3 of 6

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

Defendant No. 2

Name
Chistine A Castille

Job or Title *(if known)*
HR

Address
10100 SMC Blvd

Nobleville                Indiana        46060
*City*                      *State*        *Zip code*

County
Hamilton

Telephone Number
317-688-0114

E-Mail Address *(if known)*
castille.christine@smc.com

[X] Individual capacity    [X] Official capacity

Defendant No. 3

Name
Madison Morales

Job or Title *(if known)*
Customer services

Address
10100 SMC Blvd

Noblesville                Indiana        406060
*City*                      *State*        *Zip Code*

County
Hamilton

Telephone Number

E-Mail Address *(if known)*
maddisonpatrice@yahoo.com

[X] Individual capacity    [X] Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

**A.**    Where did the events giving rise to your claim(s) occur?

SMC Corporation of America 10100 SMC Blvd, Noblesville, Indiana 46060 on the call center floor

**B.**    What date and approximate time did the events giving rise to your claim(s) occur?

from or about Between October 2023 to June 2024

**C.**    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Please see Attachment

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental and Psychological Distress/ anguish. PTSD. Had/have to go to therapy.

### V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Potentially Punitive damages, compensatory damages, Economic damages, Lost wages, Loss of earning capacity (future) (401k), Noneconomic damages, pain and suffering, back pay, injunctive relief, any attorney fee (if any) any and all legal fee, court filing fees, other non-pecuniary losses and damages.

### VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-27-2025

Signature of Plaintiff

Printed Name of Plaintiff    Carmen Green